UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DANNY LUGARO** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO: 21-cv-1609** |
| **HARTFORD LIFE AND** : | |
| **ACCIDENT INSURANCE CO.** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Danny Lugaro, hereby voluntarily dismisses this action and all claims asserted in his Complaint with prejudice and without costs or fees pursuant to a confidential settlement between the parties.

Dated: December 13, 2021                    **ROSEN MOSS SNYDER LLP**

By: /s/ Marc H. Snyder
    Marc H. Snyder, Esquire
    501 Silverside Road, Suite 33
    Wilmington, DE  19809
    DE BAR ID: 3791
    302-475-8060
    302-475-8182 (fax)
    msnyder@rms.law
    Attorney for Plaintiff